IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| SAMUEL H. HALL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:13-CV-00095 |
| v. ) | |
| ) | ACTION FOR DAMAGES AND |
| ELSA HALL, ) | FOR AN ACCOUNTING |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |
| _____ ) | |

## DEFENDANT ELSA HALL'S OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE CASES

COMES NOW, Defendant, Elsa Hall by and through undersigned counsel, and hereby responds in opposition to Plaintiff's Motion to Consolidate Cases (D.E. #11).

In support of this Response, Elsa Hall asserts that the instant case must be dismissed for the reasons stated in her Motion to Dismiss (D.E. #5) and her Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss (D.E. #13), incorporated herein by reference.  Defendant also notes that, in violation of LRCi 7.1(c), Plaintiff's Motion to Consolidate Cases does not contain any citation to authorities.  (*See* Pl.'s Mot. to Consolidate (D.E. #11) and Pl.'s Opp. to Def.'s Mot. to Dismiss pp. 8-9 (D.E. #9).

For these reasons, it is respectfully submitted that Plaintiff's Motion to Consolidate Cases must be denied.

Respectfully submitted,

**Beckstedt & Associates**
Attorneys for Defendant
2162 Church Street
Christiansted, VI   00820
Tel: (340) 719-8086 / Fax: (800) 886-6831
carl@beckstedtlaw.com

DATED:  January 9, 2014        By:    /s/ Carl A. Beckstedt III, Esq.
                                                    Carl A. Beckstedt III, Esq.
                                                    Virgin Islands Bar No. 684

*Hall v. Hall,* Civil Action No.  313-CV-00095
Defendant's Response to Plaintiff's Motion to Consolidate Cases
Page 2

## Certificate of Service

I hereby certify that on the 9th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such file (NEF) to the following:

**Samuel H. Hall, Jr., Esq.**
Hall & Griffith, P.C.
P. O. Box 305587
St. Thomas, VI  00803-5587
Email:  sam@hallgriffith.com

    /s/ Carl A. Beckstedt III, Esq.
Carl A. Beckstedt III, Esq.