DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ELSA HALL as PERSONAL REPRESENTATIVE of the ESTATE OF ETHLYN LOUIS HALL, and ELSA Hall as TRUSTEE of the ETHLYN LOUISE HALL FAMILY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL H. HALL, Jr. and HALL & GRIFFITH, P.C.,<br><br>Defendants. | Civil No. 2011-54 |
| SAMUEL H. HALL, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>ELSA HALL,<br><br>Defendant. | Civil No. 2013-95 |

## VERDICT FORM

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY ELSA HALL**

1. Do you find, by a preponderance of the evidence, that Elsa Hall intentionally inflicted emotional distress on Samuel Hall?

    __X__          _____
    Yes             No

*Elsa Hall v. Samuel Hall*
Civil No. 2011-54
*Samuel Hall v. Elsa Hall*
Civil No. 2013-95
Verdict Form
Page 2

If your answer to Question 1 is "no," then skip Question 2. If your answer to Question 1 is "yes," then please proceed to Question 2.

2. Do you find, by a preponderance of the evidence, that Elsa Hall's intentional infliction of emotional distress on Samuel Hall was a proximate cause of some injury to Samuel Hall?



    __X__                    _____
    Yes                       No

Only answer Question 3 and Question 4 if you answer "yes" to Question 2.

3. What amount of compensatory damages, if any, do you find, by a preponderance of the evidence, that Samuel Hall is entitled to from Elsa Hall?

    #3,384,000

4. What amount of punitive damages, if any, do you find, by clear and convincing evidence, that Samuel Hall is entitled to from Elsa Hall?

    #6,618,000

*Elsa Hall v. Samuel Hall*
Civil No. 2011-54
*Samuel Hall v. Elsa Hall*
Civil No. 2013-95
Verdict Form
Page 3

_____          _____

_Gwendolyn A Kelly_                _____

_Maureen Morrell_                  _____

_____          _____

_Tracia Ottoml_____
Foreperson


DATED this 6 day of April, 2017.