IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **ELSA HALL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ETHLYN LOUISE HALL and AS SUCCESSOR TRUSTEE OF THE ETHLYN LOUISE HALL FAMILY TRUST,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SAMUEL H. HALL, JR. AND HALL & GRIFFITH, P.C.,**<br><br>**Defendants.** | **Case No. 3:11-cv-00054** |
| **SAMUEL H. HALL, JR.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ELSA HALL,**<br><br>**Defendant.** | **Case No. 3:13-cv-00095** |

**ORDER**

**THESE MATTERS** are before the Court *sua sponte*. The above-captioned cases were consolidated by Order (3:11-cv-00054, ECF No. 151; 3:13-cv-00095, ECF No. 24), entered February 14, 2014. The consolidated trial concluded in January 2015. The United States Court of Appeals for the Third Circuit has rendered its Judgment in Case No. 3:11-cv-00054, and it currently is before the Court upon remand. *See* Mandate (Reissued) (ECF No. 476), docketed on October 17, 2018.[1] The parties in Case No. 3:13-cv-00095 currently are engaged in appeals before the Third Circuit. Upon due consideration of the different procedural posture of these matters, it is hereby

**ORDERED** that the above-captioned cases are **DISJOINED** and no longer consolidated or associated; it is further

---

[1] The Third Circuit opinion is reported at *Hall v. Hall*, 753 F. App'x 96 (3d Cir. 2018).

*Hall v. Hall*
Case Nos. 3:11-cv-00054/3:13-cv-00095
Order
Page 2 of 2

**ORDERED** that the Clerk of Court **SHALL** ensure that the cases are not associated in the Court's CM/ECF system and that documents or other events docketed in one case are not "spread" to the other case.

**Date:** March 5, 2026                    /s/ *Robert A. Molloy*
                                                       **ROBERT A. MOLLOY**
                                                       **Chief Judge**